# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION



MORRIS PEPPER, JR.,

    Petitioner,

VS.                                No. 05-1180-T/An

GLEN TURNER,

    Respondent.

---

## ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS*
### AND
## ORDER DIRECTING PETITIONER TO PAY THE HABEAS FILING FEE

---

Petitioner Morris Pepper, Jr., Tennessee Department of Correction prisoner number 31568, an inmate at the Hardeman County Correctional Facility ("HCCF") in Whiteville, Tennessee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on July 1, 2005, along with an application seeking leave to proceed *in forma pauperis*. The Clerk shall record the respondent as HCCF warden Glen Turner.

Based on the information contained in the petitioner's affidavit, and in his inmate trust fund account statement, the motion to proceed *in forma pauperis* is DENIED. Petitioner is ORDERED to remit the $5.00 habeas filing fee within thirty days after the date of entry of this order. Failure to timely comply with any requirement of this order will result

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___7|19|05___

4

in dismissal of the petition without further notice for failure to prosecute.

IT IS SO ORDERED this _18th_ day of July, 2005.


JAMES D. TODD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:05-CV-01180 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

Morris Pepper
HCCF - Whiteville
31568
PO Box 549
Whiteville, TN 38075

Honorable James Todd
US DISTRICT COURT